DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DR. MASSOOD JALLALI** and **FALLON RAHIMA JALLALI,**
Appellants,

v.

**MESLISSA ANN GIASI, KASS SHULER, P.A., MICHAEL KASS, JAMES M. SHULER** and **JOHN** and **JANE DOE,**
Appellees.

No. 4D19-1639

[April 23, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE 16009358.

Eugene Steel, Fort Lauderdale, and Carolyn N. Budnik of Carolyn N. Budnik, PLLC, Fort Lauderdale, for appellants.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***